UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL GARRISON,   No. 08-10859

    Plaintiff,   District Judge Lawrence P. Zatkoff

v.   Magistrate Judge R. Steven Whalen

TRANSUNION, et.al.,

    Defendants.
_____/

**ORDER DIRECTING MARSHAL'S SERVICE**

Before the Court is Plaintiff's Motion for Service of Process [Docket #7], in which he requests service by the United States Marshal. On May 12, 2008, Plaintiff was granted leave to proceed *in forma pauperis* (IFP) pursuant to 28 U.S.C. § 1915. Therefore, under Fed.R.Civ.P. 4(c)(3), he is entitled to service by the United States Marshal.

Accordingly, Plaintiff's motion for service [Docket #7] is GRANTED, and the United States Marshal's Service is directed to serve all Defendants with a summons, along with copies of both the original complaint [Docket #1] and the 1-page amendment to the complaint [Docket #8].[1]

Furthermore, Because more than 120 days have elapsed since the filing of the complaint, and since the Plaintiff bears no responsibility for any delays of service, the Court will, on its own initiative, and pursuant to Fed.R.Civ.P. 4(m), extend the time for service of the summons and complaint 90 days from the date of this Order.[2]

---

[1] The addresses for the Defendants are contained in the original complaint.

[2] Rule 4(m) states:

SO ORDERED.

          S/R. Steven Whalen
          R. STEVEN WHALEN
          UNITED STATES MAGISTRATE JUDGE

Dated: October 21, 2008

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on October 21, 2008.

          S/G. Wilson
          Judicial Assistant

---

"...the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant *or direct that service be effected within a specified time*; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period." (Emphasis Added).