**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MICHAEL GARRISON,

    Plaintiff,

vs.                                       CASE NO. 08-10859
                                            HON. LAWRENCE P. ZATKOFF
                                            MAGISTRATE JUDGE R. STEVEN WHALEN

TRANSUNION et al.,

    Defendants.
_____/

**OPINION AND ORDER ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This matter comes before the Court on Magistrate Judge Whalen's report and recommendation [dkt 12] of October 21, 2008, in which the Magistrate Judge recommends denying Plaintiff's motion for default judgment [dkt 11]. Neither party has filed an objection to the report and recommendation. The Court has thoroughly reviewed the court file and the report and recommendation. As a result of that review, the Court ADOPTS the report and recommendation and enters it as the findings and conclusions of this Court as it pertains to the denial of Plaintiff's motion.

Therefore, IT IS HEREBY ORDERED that Plaintiff's motion for default judgment is DENIED.

IT IS SO ORDERED.

                                                              s/Lawrence P. Zatkoff
                                                              LAWRENCE P. ZATKOFF
                                                              UNITED STATES DISTRICT JUDGE

Dated: November 17, 2008

CERTIFICATE OF SERVICE

     The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on November 17, 2008.

                                       s/Marie E. Verlinde
                                       Case Manager
                                       (810) 984-3290