UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL GARRISON,　　　　　　　　　　　　No. 08-10859

　　　　　　Plaintiff,　　　　　　　　　　　District Judge Lawrence P. Zatkoff

v.　　　　　　　　　　　　　　　　　　　　Magistrate Judge R. Steven Whalen

TRANSUNION, et.al.,

　　　　　　Defendants.
　　　　　　　　　　　　　　　　　　　　／

**ORDER DENYING MOTION TO STRIKE**

Defendant T-Mobile Wireless's Motion to Strike Plaintiff's Citation of Supplemental Authority [Docket #47] is hereby DENIED. Both the Plaintiff's supplemental authority and the Defendant's assessment of that authority, set forth in the Motion to Strike, will be considered in determining Defendant's motion to dismiss.

No further pleadings shall be filed with respect to Defendant T-Mobile's motion to dismiss without leave of the court.

SO ORDERED.

　　　　　　　　　　　　　　　　　　S/R. Steven Whalen
　　　　　　　　　　　　　　　　　　R. STEVEN WHALEN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Dated:  June 15, 2009

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 15, 2009.

　　　　　　　　　　　　　　　　　　S/G. Wilson
　　　　　　　　　　　　　　　　　　Judicial Assistant