**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MICHAEL GARRISON,

    Plaintiff,

v.    Case No. 08-10859
    Hon. Lawrence P. Zatkoff

TRANSUNION, EQUIFAX INFORMATION
SERVICES, LLC, EXPERIAN, AFNI, INC., and
T-MOBILE WIRELESS,

    Defendants.
_____/

## OPINION AND ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter comes before the Court on Magistrate Judge Whalen's Report and Recommendation [dkt 74], in which the Magistrate Judge recommends that the Court grant Plaintiff's Rule 41 motion for voluntary dismissal with prejudice of all claims against Defendant Equifax [dkt 52]. Neither party has filed an objection to the Report and Recommendation, and the time period in which to do so has lapsed.

The Court has thoroughly reviewed the court file and the Report and Recommendation. As a result of that review, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Rule 41 motion for voluntary dismissal with prejudice of all claims against Defendant Equifax [dkt 52] is GRANTED and that all

claims against Defendant Equifax are DISMISSED WITH PREJUDICE and WITHOUT COSTS.

IT IS SO ORDERED.

S/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Dated: June 28, 2010

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on June 28, 2010.

S/Marie E. Verlinde
Case Manager
(810) 984-3290